Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>        Plaintiff,<br><br>   v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>        and<br><br>ROBERTSON STEPHENS, INC., a Massachusetts corporation,<br><br>        Defendants,<br><br>        and<br><br>INTERWOVEN, INC., a Delaware corporation,<br><br>        Nominal Defendant. | NO. C07-1579 JLR<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

PLAINTIFF'S NOTICE OF DISMISSAL – 1
No. C07-1579 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

DATED this 11th day of June, 2012.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   *s/Mark Wilner*
Jeffrey I. Tilden, WSBA #12219
Mark Wilner, WSBA #31550
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone:   (206) 467-6477
Facsimile:   (206) 467-6292
Email: jtilden@gordontilden.com
Email: mwilner@gordontilden.com

**KELLER ROHRBACK L.L.P.**
Attorneys for Plaintiff

By   *s/Ian S. Birk*
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone:   (206) 623-1900
Facsimile:   (206) 467-6292
Email: wsmart@kellerrohrback.com
Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL – 2
No. C07-1579 JLR

**GORDON TILDEN THOMAS & CORDELL** llp
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Nominal Defendant Interwoven, Inc.:**<br><br>John H. Chun, WSBA # 24767<br>Denise L. Ashbaugh, WSBA # 28512<br>SUMMIT LAW GROUP PLLC<br>E-Mail:    johnc@summitlaw.com<br>            denisea@summitlaw.com<br><br>Emmett C. Stanton*<br>Jay Pomerantz*<br>Christopher S. Walton*<br>FENWICK & WEST, LLP<br>Email:<br>    estanton@fenwick.com<br>    jpomerantz@fenwick.com<br>    cwalton@fenwick.com<br>*Admitted Pro Hac Vice* | **Counsel for Defendants Credit Suisse Securities (USA) LLC, Bank of America Corporation and Robertson Stephens, Inc.:**<br><br>Christopher B. Wells<br>Brian J. Meenaghan<br>Ryan McBride<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>E-Mail:    wellsc@lanepowell.com<br><br>    meenaghanb@lanepowell.com<br>    mcbrider@lanepowell.com |
| --- | --- |
| **Counsel for Defendants Bank of America Corporation and Robertson Stephens, Inc.:**<br><br>Andrew J. Frackman*<br>Brendan Dowd*<br>Michael Berengarten*<br>O'MELVENY & MYERS LLP<br>E-Mail:    afrackman@omm.com<br>    bdowd@omm.com<br>    mberengarten@omm.com<br>*Admitted Pro Hac Vice* | **Counsel for Defendant Credit Suisse Securities (USA) LLC:**<br><br>Robert B. McCaw*<br>Fraser L. Hunter*<br>David Lesser*<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>E-Mail: Robert.mccaw@wilmerhale.com<br>    Fraser.hunter@wilmerhale.com<br>    David.lesser@wilmerhale.com<br>*Admitted Pro Hac Vice* |

*s/Mark Wilner*
Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL – 3
No. C07-1579 JLR

**GORDON TILDEN THOMAS & CORDELL** llp
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292